The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGH RODNEY HARRIS<br><br>Defendant. | NO. CR14-234TSZ<br><br>ORDER |

The Court has considered the stipulated motion, docket no. 31, filed by the government and defendant HUGH RODNEY HARRIS, by and through their undersigned attorneys, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), requesting a continuance of the trial in this case.

THE COURT FINDS, for all of the reasons set forth in the motion, that continuing the trial in this case is necessary to allow defense counsel adequate time to investigate the case and to effectively prepare for trial and the filing of pre-trial motions.

THE COURT FURTHER FINDS, considering the complexity of this case due to the nature of the prosecution and the charges contained in the Indictment, that it would be unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself without a continuance of the trial and pre-trial motions dates.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

Order for Trial Continuance
*United States v. Harris*, CR14-234TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B),
2 that the ends of justice served by continuing the trial in this case outweigh the interest of
3 the public and of the defendants in a more speedy trial.

4  IT IS THEREFORE ORDERED that the trial in this case shall be continued until
5 April 13, 2015, and that the period of time from the date of this Order, up to and
6 including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A);
7 and

8  IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this
9 case shall be February 27, 2015, and that responses to all pre-trial motions shall be filed
10 by March 6, 2015, including the government's response to the pending Motion to
11 Suppress (Doc. 29).

12  DATED this 15th day of January, 2015.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge

Submitted by:

s/Todd Greenberg
TODD GREENBERG
VINCENT T. LOMBARDI
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-3903
Telephone:   (206) 553-2636
Fax:         (206) 553-4440
E-mail:      Todd.Greenberg4@usdoj.gov

Order for Trial Continuance
*United States v. Harris*, CR14-234TSZ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  /s Christopher R. Black (per approval)
2  CHIRSTOPHER R. BLACK
   Counsel for Hugh Rodney Harris
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order for Trial Continuance
*United States v. Harris*, CR14-234TSZ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970